absence of a bill of exceptions presenting either erroneous rulings on the trial, or the evidence in the cause, they raise no question for decision by this court.

The judgment is affirmed, with costs.

---

THE CITY OF HUNTINGTON v. THE STATE, EX REL. STEELE.

From the Huntington Circuit Court.

*B. F. Ibach* and *B. M. Cobb*, for appellant.

*L. M. Ninde, A. Zollars, F. T. Zollars* and *T. G. Smith*, for appellee.

HOWK, C. J.—The questions presented for decision by the record of this cause, and by the appellant's assignment of errors thereon, are substantially the same as those which were fully considered and decided by this court, in the case of *Stultz* v. *The State, ex rel.*, 65 Ind. 492. For the reasons there given, and for similar error, this cause must be decided as that was decided.

The judgment is reversed, and the cause is remanded, with instructions to sustain the appellant's demurrer to the appellee's information.

Opinion filed at November Term, 1878.

---

THE MISSISSIPPI VALLEY INSURANCE CO. v. HUMPHREY ET AL.

From the Posey Circuit Court.

*C. Denby* and *D. B. Kumler*, for appellant.

*A. Iglehart, J. E. Iglehart, A. Gilchrist* and *C. H. Butterfield*, for appellees.

BIDDLE, J.—It is admitted by the parties that this case is the same, in all respects, as the case of *The Franklin Insurance Company of Indianapolis* v. *Humphrey*, *ante*, p. 549, decided at the present term, except in the name of the appellant. Upon the authority of that case, therefore, the judgment in this case is affirmed, at the costs of the appellant.

---

FABER v. THE STATE.

From the Kosciusko Circuit Court.

*J. S. Frazer, W.D. Frazer, L. H. Haymond* and —— *Royse*, for appellant.

*T. W. Woollen.* Attorney General, for the State.

PERKINS, J.—The judgment in this case is affirmed, upon the authority of *Manheim* v. *The State, ante*, p. 65, at this term, in which case the question presented in this is decided. Affirmed, with costs.

Petition for a rehearing overruled.

---

FABER v. THE STATE.

From the Kosciusko Circuit Court.

*J. S. Frazer, W.D. Frazer, L. H. Haymond* and —— *Royse*, for appellant.

*T. W. Woollen*, Attorney General, for the State,

PERKINS, J.—The judgment in this case is affirmed, upon the authority of *Manheim* v. *The State, ante*. p. 65, at this term, in which case the question presented in this is decided. Affirmed, with costs.

Petition for a rehearing overruled.